JS-6

Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Melvia R. Leonard

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MELVIA R. LEONARD, | Case No.: 2:13-cv-02463-OP |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 10/08/2013

_____
THE HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

1 DATE: September 24, 2013   Respectfully submitted,

2                                   LAW OFFICES OF LAWRENCE D. ROHLFING
                                        /s/ *Denise Bourgeois Haley*

3                            BY:_____
                                 Denise Bourgeois Haley

4                                  Attorney for plaintiff Melvia R. Leonard

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER  2:13-CV-02463-OP**

1

2      I hereby certify that I electronically filed the foregoing with the Clerk of the

3

4   Court for this court by using the CM/ECF system on October 1, 2013.

5       I certify that all participants in the case are registered CM/ECF users and

6   that service will be accomplished by the CM/ECF system.

7                          */s/ Denise Bourgeois Haley*

8                          _____
9                          Denise Bourgeois Haley
                           Attorneys for Plaintiff
10                         _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-